UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMELO LEON JR., ET AL.,

        Plaintiffs,

- against -

UNITED INDUSTRIES CORP., ET AL.,

        Defendants.

21-cv-5174 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The deadline to respond to the motion for summary judgment, see ECF No. 42, is extended to **December 20, 2023**. The deadline to reply is **January 12, 2024**.

SO ORDERED.

Dated:    New York, New York
            December 7, 2023

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                    United States District Judge