UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMELO LEON JR., ET AL,

                Plaintiffs,

    - against -

UNITED INDUSTRIES CORPORATION, ET AL.,

                Defendant.

21-cv-5174 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 42.

SO ORDERED.

Dated:    New York, New York
            January 15, 2024

                                              John G. Koeltl
                                      United States District Judge