**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CARMELO LEON JR., ET AL.,

                    Plaintiffs,

     -against-                                   21 **CIVIL** 5174 (JGK)

## JUDGMENT

UNITED INDUSTRIES CORPORATION,
ET AL.,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 2, 2024, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to exclude the plaintiffs' expert testimony and motion for summary judgment dismissing all the claims are granted. Judgment is entered dismissing this case; accordingly, the case is closed.

**Dated:** New York, New York

      August 5, 2024

                                                  **DANIEL ORTIZ**

                                                  **Acting Clerk of Court**

                               **BY:**     *K. Mango*

                                                      **Deputy Clerk**