UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUAHSYM PARKER,

                               Plaintiff,

-against-

SERGEANT KEVIN FOX et al,

                              Defendants.

**ORDER**
**CIVIL ACTION No. :**
**23-CV-5174(KMK)(AEK)**

**IT IS HEREBY ORDERED**, that Plaintiff Quahsym Parker, have leave of this Court to appear virtually at the Settlement Conference scheduled before Honorable Kim Berg, U.S. Magistrate Judge on September 16, 2024 at 10:00 am; and

**IT IS ORDERED THAT** the Warden or other officials in charge of UPSTATE CORRECTIONAL FACILITY, 390 Bare Hill Rd, Malone, New York, produce Plaintiff Quahsym Parker (DIN#19A2581) on September 16, 2024 at 10:00 am at a suitable location within the Upstate Correctional Facility for purpose of participating in the Court ordered virtual settlement conference.

Dated: September 9, 2024

SO ORDERED

HON. KIM P. BERG

1